**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10071 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-03667-DCB |
| v. | |
| RICARDO RAUL MENDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John A. Jarvey, District Judge, Presiding[**]

Submitted January 15, 2013[***]

Before:    SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Ricardo Raul Mendez appeals from the district court's judgment and

challenges his guilty-plea conviction and 48-month sentence for possession with

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The Honorable John A. Jarvey, United States District Judge for the
Southern District of Iowa, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Mendez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Mendez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**